IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM RANDOLPH TISDALE, JR, ) <br> ID # 30888-177, ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATE OF AMERICA, ) <br>     Respondent. ) | No. 3:11-CV-3267-P (BH) <br> No. 3:09-CR-0247-P(2) <br><br> Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

If petitioner files a notice of appeal, he must pay the $455.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

SIGNED this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE